IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

    Plaintiff,                    2:02-cv-2155-GEB-GGH-P

  vs.

R.N. JOHNSON, et al.,

    Defendants.               ORDER

_____/

        On August 29, 2005, plaintiff filed objections to the magistrate judge's order filed August 10, 2005, in which Plaintiff's second amended complaint was disregarded because it exceeded the scope of an authorized amendment.  Plaintiff's August 29 objections are construed as a request for reconsideration.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Since the magistrate judge's

1  August 10 ruling was not clearly erroneous or contrary to law,
2  that Order is affirmed.
3         IT IS SO ORDERED.
4  Dated:  September 19, 2005

6                                /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

2