IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A.H. EDSALL, SR., <br><br> Plaintiff, <br><br> v. <br><br> R.N. JOHNSON, et al., <br><br> Defendants. | CIV S-02-2155 GEB GGH P <br><br> **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY** |

The Court, having considered Defendants' request for an extension of time to respond to Plaintiff's written discovery, and good cause having been found.

IT IS HEREBY ORDERED:  Defendants' responses to written discovery shall be served no later than January 18, 2006.  Discovery is extended 30 days solely for the purpose of plaintiff's filing a motion to compel further responses, if necessary.

DATED: 1/6/06                                   /s/ Gregory G. Hollows
                                                                     _____
                                                                     UNITED STATES MAGISTRATE JUDGE

ed2155.eot.wpd