IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN A.H. EDSALL, SR.,** | CASE NO. 2:02-CV-2155 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **R.N. JOHNSON, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to respond to Plaintiff's written discovery, and good cause having been found.

IT IS HEREBY ORDERED: Defendants' responses to written discovery shall be served no later than February 2, 2006.

DATED: 1/30/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ed2155.eot(2)

1