IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

      Plaintiff,                        No. CIV S-02-2155 GEB GGH P

    vs.

R.N. JOHNSON, et al.,

      Defendant.                   <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to file a motion to compel filed March 6, 2006.

        The scheduling order filed September 29, 2005, set the discovery cut-off date for January 20, 2006. On January 6, 2006, the court granted defendants' first request for extension of time to respond to plaintiff's written discovery. The court ordered defendants' discovery responses due on January 18, 2006, and extended the discovery cut-off date for thirty days thereafter for the purpose of plaintiff's filing a motion to compel. On January 30, 2006, the court granted defendants' second request for extension of time and ordered their responses to plaintiff's discovery requests due on or before February 2, 2006.

/////

1

1 | Good cause appearing, the court grants plaintiff thirty days from the date of this
2 | order to file a motion to compel.
3 | Accordingly, IT IS HEREBY ORDERED that:
4 | 1.  Plaintiff's March 6, 2006, motion for an extension of time to file a motion to
5 | compel is granted; plaintiff's motion to compel is due thirty days from the date of this order;
6 | 2.  The pretrial motion cut-off date of March 17, 2006, is vacated and reset for
7 | August 31, 2006;
8 | 3.  The pretrial conference set for June 30, 2006, is vacated and reset for
9 | December 28, 2006; plaintiff's pretrial statement is due on or before December 7, 2006;
10 | defendants' pretrial statement is due on or before December 21, 2006;
11 | 4. The jury trial set before the Honorable Garland E. Burrell for September 26,
12 | 2006, is vacated and will be reset at a later date if appropriate.
13 | DATED:  3/15/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ed2155.com