IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

        Plaintiff,                  No. CIV S-02-2155 GEB GGH P

    vs.

R.N. JOHNSON, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Pending before the court is plaintiff's second request for an extension of time to file a motion to compel filed April 24, 2006. On March 6, 2006, plaintiff filed his first request for extension of time. On March 15, 2006, the court granted plaintiff's first request and granted plaintiff thirty days to file a motion to compel. In this order, the court also re-set the dates set in the scheduling order.

        The grounds of both of plaintiff's requests for extension of time are that on December 22, 2005, he was placed in administrative segregation and has been unable to gain access to his legal property. In neither request does plaintiff describe his attempts to obtain his legal property.

        The court will grant plaintiff an additional thirty days to file his motion to compel. If plaintiff is still unable to obtain his legal property, he shall file a declaration with the court

1  specifically describing his attempts to obtain his legal property.  The court will grant no further
2  requests for extension of time unless they are well supported.
3           Good cause appearing, IT IS HEREBY ORDERED that:
4           1.  Plaintiff's April 24, 2006 motion for an extension of time is granted; and
5           2.  Plaintiff is granted thirty days from the date of this order in which to file and
6  serve a motion to compel.
7  DATED: 5/17/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
edsa2155.36s