IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.,

    Plaintiff,                    No. CIV S-02-2155 GEB GGH P

    vs.

R.N. JOHNSON, et al.,

    Defendant.               <u>ORDER</u>

                                  /

        The pretrial motion cut-off date was August 31, 2006. The pretrial conference is set for December 28, 2006. Plaintiff's motion for an extension of time to file a motion to compel based on his inability to access his legal property is pending before the court. Because this motion is pending, the court will vacate the dates for pretrial motions and the pretrial conference. These dates will be re-set following resolution of the issues regarding plaintiff's ability to access his legal property.

        Accordingly, IT IS HEREBY ORDERED that the pretrial motion cut-off date of August 31, 2006, is vacated; the pretrial conference set for December 28, 2006, is vacated.

DATED: 9/19/06

                                                  /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
ed2155.sch                                     UNITED STATES MAGISTRATE JUDGE

1