IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

      Plaintiff,                No. CIV S-02-2155 GEB GGH P

    vs.

R.N. JOHNSON, et al.,

      Defendants.       ORDER

_____/

        On November 15, 2006, defendants filed a motion to vacate the pretrial deadlines. On September 19, 2006, the court vacated the pretrial motion cut-off and pretrial conference dates.

        Accordingly, IT IS HEREBY ORDERED that defendants' November 15, 2006, motion to vacate the pretrial deadlines is denied as unnecessary.

DATED: 11/28/06

                               /s/ Gregory G. Hollows

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

ggh:kj
ed2155.den