IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

    Plaintiff,                    No. CIV S-02-2155 GEB GGH P

    vs.

R.N. JOHNSON, et al.,

    Defendants.            <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  On April 5, 2007, defendants filed a statement of non-opposition to this request.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 5/23/07

                                              /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

ed2155.dis